UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DEREK MORTLAND,

      Plaintiff,                                Case No. 24-10679

v                                                 Hon.  F. Kay Behm

SOUTHGATE HOSPITALITY
GROUP, LLC, a Michigan limited
liability company,

      Defendants.

| THE LAW OFFICES OF OWEN DUNN JR. | STARR, BUTLER & STONER, PLLC |
|---|---|
| Owen B. Dunn Jr. (P66315) | Ryan J. Koss (P79893) |
| Attorney for Plaintiff | Attorneys for Defendant |
| 6800 W Central Ave., Ste. C-1 | 20700 Civic Center Dr., Ste. 290 |
| Toledo, OH  43617 | Southfield, MI  48076 |
| (419) 241-9661 | (248) 554-2700 |
| dunnlawoffice@sbcglobal.net | rkoss@starrbutler.com |

**STIPULATED ORDER STRIKING DEFENDANT SOUTHGATE HOSPITALITY GROUP, LLC'S, ANSWER TO PLAINTIFF'S COMPLAINT/AFFIRMATIVE DEFENSES/JURY DEMAND**

    This matter is before the Court upon the stipulation of counsel, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that Defendant Southgate Hospitality Group, LLC's second, erroneously filed Answer to Plaintiff's Complaint/Affirmative Defenses/Jury Demand [ECF No. 9] is stricken.

Dated: June 18, 2024

                                        s/F. Kay Behm
                                        F. Kay Behm
                                        U.S. District Court Judge

Approved as to Form:

| | |
|---|---|
| /s/ Owen B. Dunn, Jr. (w/consent) | /s/ Ryan J. Koss |
| Owen B. Dunn Jr. (P66315) | Ryan J. Koss (P79893) |
| Attorney for Plaintiff | Attorneys for Defendant |